UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**YAUHEN BRASAUS aka JAMES ERICSSON**,
Individually and on
behalf of all similarly situated individuals,

Case No. 0:15-cv-61529-WPD

Plaintiff,

vs.

**NOTICE OF FILING PROPOSED SUMMONS**

**FRESHPOINT OF SOUTH FLORIDA, INC.**

Defendant.
_____

    Plaintiff, Yauhen Brasaus aka James Ericcson ("Brasaus" or "Plaintiff") hereby requests that this court issue summons for Defendant, FreshPoint of South Florida, Inc.  A copy of said summons is attached hereto as Exhibit A.

DATED:   August 6, 2015         Respectfully Submitted,

    /s/ Brandon L. Bogle
BRANDON L. BOGLE, ESQ.
Fla. Bar Number: 0052624
WILLIAM F. CASH III, ESQ.
Fla. Bar Number 0068443
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7084
FAX (850) 435-7020

David H. Grounds
*(Pending Admission Pro Hac Vice)*
MN Bar No. 285742
Jacob R. Rusch
*(Pending Admission Pro Hac Vice)*
MN Bar No. 391892
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com

Jason J. Thompson
*(Pending Admission Pro Hac Vice)*
MI Bar No. P47184
Jesse L. Young
*(Pending Admission Pro Hac Vice)*
MI Bar No. P72614
SOMMERS SCHWARTZ, P.C.
One Town Square, Suite 1700
Southfield, Michigan 48076
 248-355-0300
jyoung@sommerspc.com
jthompson@sommerspc.com

*Trial Counsel for Plaintiff*