UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **YAUHEN BRASAUS a/k/a JAMES ERICSSON**, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> **FRESHPOINT OF SOUTH FLORIDA, INC.**, <br><br> Defendant. | Case No. 0:15-cv-61529-WPD <br><br> Hon. William P. Dimitrouleas |

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Counsel for Plaintiffs and Defendant hereby respectfully submit this Joint Response to the Order to Show Cause issued by the Court on October 19, 2015 [DE 26]. While counsel for both Plaintiffs and Defendant met and conferred concerning the selection of a mediator prior to the Court imposed deadline, a selection had not been made by said deadline. The failure to timely select a mediator was due to an oversight by counsel for both Plaintiffs and Defendant.

However, following the receipt of the Court's October 19th order [DE 26], counsel for Plaintiffs and Defendant promptly met and conferred on the matter and have reached a mutual agreement on a mediator. Plaintiffs and Defendant have selected Jay M. Cohen to act as the mediator in this case. The parties sincerely apologize to the Court for not selecting the mediator in a timely fashion and hereby request that the Court honor the parties' current selection.

Respectfully submitted,

Dated: October 22, 2015  /s/ Brandon L. Bogle
Brandon L. Bogle (Fla. Bar No. 52624)
William F. Cash III (Fla. Bar No. 68443)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Phone: (850) 435-7059
Fax:    (850) 435-7020
bbogle@levinlaw.com
bcash@levinlaw.com

*Local Counsel for Plaintiffs*

David H. Grounds (Minn. Bar No. 285742)
*(Admitted Pro Hac Vice)*
Jacob R. Rusch (Minn. Bar No. 391892)
*(Admitted Pro Hac Vice)*
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Phone: (612) 436-1800
Fax:    (612) 436-1801
dgrounds@johnsonbecker.com
jrusch@johnsonbecker.com

Jason J. Thompson (Mich. Bar No. P47184)
*(Pending Admission Pro Hac Vice)*
Jesse L. Young (Mich. Bar No. P72614)
*(Pending Admission Pro Hac Vice)*
SOMMERS SCHWARTZ, P.C.
One Town Square, Suite 1700
Southfield, Michigan 48076
Phone: (248) 355-0300
jthompson@sommerspc.com
jyoung@sommerspc.com

*Trial Counsel for Plaintiffs*

/s/ Salomon Laguerre
Kevin W. Shaughnessy
(Fla. Bar No.473448)
Salomon Laguerre
(Fla. Bar No. 92470)
BAKER & HOSTETLER LLP
200 South Orange Avenue
Suite 2300
Orlando, FL 32802
Phone: (407) 649-4000
Fax:     (407) 841-0168
kshaughnessy@bakerlaw.com
slaguerre@bakerlaw.com

*Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 22, 2015, I will file this *Joint Response to Order to Show Cause [DE 26]* using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the system.  Parties may access this filing through the Court's system.

/s/ Brandon L. Bogle
Brandon L. Bogle