UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-CV-61529-WPD**

YAUHEN BRASAUS aka JAMES ERICSSON,
Individually and on
behalf of all similarly situated individuals,

    Plaintiff,

vs.

FRESHPOINT OF SOUTH FLORIDA,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Motion for Approval of Settlement Agreement [DE 75]. The Court has reviewed the record, the Motion, and the attached Settlement Agreement [DE 75-1], and is otherwise advised in the premises. The Court finds the parties' settlement agreement to be fair and reasonable pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 75] is **GRANTED** and the parties' Settlement Agreement [DE 75-1] is **APPROVED**;

2. This case is **DISMISSED with prejudice**, with each party to bear its own costs, fees, and expenses except as otherwise agreed; and

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

---

[1] The Court notes that the parties determined that two individuals who opted into the lawsuit, Rodner Blanc and Dante Schuler, are not owed any unpaid overtime based on their pertinent time and pay records. Accordingly, their claims are dismissed with prejudice, though they are not parties to the Settlement Agreement.

1

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 6th day of July 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

All counsel of record